544 A.2d 446

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**John Warren YERGER, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1988.

Decided July 27, 1988.

Barry M. Miller, Hazleton, for appellant.

Mary M. Killinger, Chief, Appeals Div. Fort Washington, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

FLAHERTY and ZAPPALA, JJ., note their dissent.